DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALBERTO R. ALGABA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3780

[March 7, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 12-13378CF10A.

Alberto R. Algaba, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and DAMOORGIAN, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***